

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Alice Ruth Peters, independent executrix of the Estate of Jo Alice Stout, deceased,

Vs. No. 11-18-00008-CV

Jerry Bob Young and wife, Karen Elaine Young,

\* From the 50th District Court of Baylor County Trial Court No. 11229.

\* December 31, 2019

\* Memorandum Opinion by Wright, S.C.J. (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Alice Ruth Peters, independent executrix of the Estate of Jo Alice Stout, deceased.